Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
MICHAEL J. SPROEHNLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL J. SPROEHNLE,<br><br>           Defendant. | Case No.   6:17-mj-00019-MJS<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL APPEARANCE; ORDER**<br><br>Date:   May 16, 2017<br>Time:   10:00 am<br>Dept:   32<br>Judge:  Hon. Michael J. Seng |
|---|---|

Defendant Michael J. Sproehnle, through counsel Michael McKneely, respectfully requests the Court continue Mr. Sproehnle's initial appearance from March 21, 2017 to May 16, 2017 so that counsel may advise him of the government's settlement offer that expires at the conclusion of the initial appearance. Mr. Sproehnle's counsel will be out of the jurisdiction for a trial that is scheduled to last through April 2017 and the government has agreed to continue this matter to May 16, 2017 so that these discussions may occur.

DATED: March 20, 2017                      McKNEELY LAW FIRM


                                           By:  /s/ Michael McKneely
                                                Michael McKneely
                                                Attorney for Michael Sproehnle

-1-

**ORDER**

GOOD CAUSE APPEARING, the above request for a continuance of the initial appearance to May 16, 2017 in case number 6:17-mj-00019-MJS, characterized as a Stipulation for Continuance and thus agreeable to the Government, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   March 20, 2017              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

MCKNEELY LAW FIRM
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150