# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | |
| ) | Case No.  6:17-mj-00019-MJS |
| MICHAEL J. SPROENHLE ) | |
| ) | |
| *Defendant* ) | |

## PROBATION ORDER PURSUANT TO A DEFERRED JUDGMENT AGREEMENT
## BETWEEN THE PARTIES

**IT IS ORDERED:** The defendant is placed on probation as provided in the agreement between the parties for a period of 12 months(s), expiring on 5/16/2018, without a judgment of conviction first being entered.  The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. Appeal rights waived.


Date:   May 12, 2017                   /s/Michael J. Seng
                                                         **Michael J. Seng**
                                                         *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The Defendant shall pay a fine of $980.00 and a special assessment of $20.00 for a total financial obligation of $1,000.00, which shall be paid at the rate of $100.00, per month for the next 10 months until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

2. The Defendant is ordered to personally appear for a Probation Review Hearing on 4/17/2017 at 10:00 am before U.S. Magistrate Judge Michael J. Seng.

    **OTHER**

3. The Defendant shall attend 6 NA counseling sessions within the first three months of probation and submit sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.

4. The Defendant shall inform the Court and the Government, through Counsel, if represented of any citations within 7 days of being cited.